BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12-mj-00236-CKD |
|---|---|
| Plaintiff, | ) ORDER CONTINUING CHANGE OF PLEA |
| v. | ) |
| | ) Date: November 1, 2012 |
| GURPREET SINGH, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Carolyn Delaney |
| Defendant. | ) |

It is hereby ordered that the change of plea set for November 1, 2012 at 9:30 a.m. be continued to November 29, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: November 1, 2012

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge